UNITED STATES of America,
Plaintiff–Appellee,

v.

Hamisi HAMNER, Defendant–
Appellant.

No. 07–11098
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 12, 2008.

Ann Day Lawrence, Birmingham, AL,
for Defendant–Appellant.

Joyce White Vance, Birmingham, AL,
for Plaintiff–Appellee.

Before BIRCH, DUBINA and
BARKETT, Circuit Judges.

PER CURIAM:

Ann Day Lawrence, appointed counsel for Hamisi Hamner on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hamner's revocation of supervised release and sentence are **AFFIRMED**.